United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROCIO DEL CARMEN CABRERA MAURI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04342 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**

The petitioner, Rocia del Carmen Cabrera Mauri, filed a petition for a writ of habeas corpus to challenge her detention by United States immigration authorities. She now moves to voluntarily dismiss his petition.

Motions for voluntary dismissal should be freely granted unless the non-moving party will suffer prejudice other than the prospect of a second lawsuit. *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 318 (5th Cir. 2002) (citing *Manshack v. Southwestern Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990)). No prejudice to the respondent is apparent.

Accordingly, the motion (Doc. # 11) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

SIGNED on November 3, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge